IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 PM 4:16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| OLIVIA MYART, | ) |
| Plaintiff, | ) |
| vs. | ) NO.: 05-2060-D-An |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO CONTINUE SCHEDULING CONFERENCE

Before the Court is Plaintiff's Motion to Continue Scheduling Conference filed on June 3, 2005. Pursuant to a Notice of Setting dated May 4, 2005, a Scheduling Conference was set for June 8, 2005. James E. King, Jr., counsel for the Plaintiff, was present and advised the Court that the Defendant has not been served in this matter. As such, for the reasons set forth above and for good cause shown, the Motion to Continue is **GRANTED**. The Scheduling Conference in this matter shall be reset to **WEDNESDAY, JULY 6, 2005** at **11:00 a.m.**

It shall be Mr. King's duty to notify the Defendant or the Defendant's counsel of the setting of the Rule 16(b) Scheduling Conference. At least five days prior to the Scheduling Conference, counsel shall file with the Clerk of the Court a joint proposed Rule 16(b) Scheduling Order that complies with the model attached to the Notice of Setting dated May 4, 2005. If the proposed Scheduling Order is approved, it will be entered, a copy will be sent to the parties, and the parties will not be required to attend the Scheduling Conference.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05



**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: ___June 08, 2005_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02060 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Olivia Myart
2498 Winnona Street
Memphis, TN 38108

Honorable Bernice Donald
US DISTRICT COURT