IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 DEC 19  PM 12: 16

OLIVIA T. MYART

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

CASE NO.: 2:05-CV-02060

## UNOPPOSED MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure, Rule 16(a), 16(e), Local Rule 7.2 and Local Rule 16.1(b), the parties move this Court for an Order Modifying the Scheduling Order. For grounds, counsel for the Plaintiff would state that due to scheduling conflicts, the parties cannot complete the required discovery by the time frame originally agreed upon

WHEREFORE PREMISES CONSIDERED, the parties respectfully request that this Court modify its Scheduling Order as follows:

COMPLETING ALL DISCOVERY: No later than May 8, 2006.

    (a)    DOCUMENT PRODUCTION: No later than May 8, 2006.

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUEST FOR ADMISSIONS:    No later than May 8, 2006.

    (c)    EXPERT WITNESS DISCLOSURE: (RULE 26):

**MOTION GRANTED**
DATE: 12-23-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: No later than March 6, 2006.

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: No later than April 6, 2006.

(3) EXPERT WITNESS DEPOSITIONS: No later than May 8, 2006.

FILING DISPOSITIVE MOTIONS: No later than June 5, 2006. The parties anticipate that the case will be ready for trial on October 23, 2006. It is anticipated that the trial will last 3-4 days.

Respectfully Submitted

ESKINS, KING & SEVIER, PC

By: _____
JAMES E. KING, JR.
Eskins, King, & Sevier, PC
50 North Front Street, Suite 770
Memphis, TN 38103

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served by first-class mail, postage prepaid and properly addressed, to the following:

Brian Lapps
511 Union Street, Suite 2100
Nashville, TN 37219

This the 19 of December, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02060 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Olivia Myart
2498 Winnona Street
Memphis, TN 38108

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Bernice Donald
US DISTRICT COURT