# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| **OLIVIA MYART,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2060 |
| | ) | |
| **WAL-MART STORES, INC.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL

It appearing to this Court that the parties have stipulated to the dismissal of this action in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this case is dismissed with prejudice.

**IT IS SO ORDERED** this 11th day of October, 2007.

                                                        s/ Bernice B. Donald
                                                        BERNICE B. DONALD
                                                        UNITED STATES DISTRICT JUDGE