UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**OLIVIA MYART,**                                        **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**v.**

**WAL-MART STORES, INC.,**                               **CASE NO: 05-2060**

    **Defendant.**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 11, 2007, this cause is hereby dismissed.

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 10/11/2007**                                         **THOMAS M. GOULD**
    **Clerk of Court**

    **s/Terry L. Haley**
    **(By) Deputy Clerk**